B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PMI Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Gaffney Protective Maintenance, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**20-5941958** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1890 Suncast Lane**<br>**Batavia, IL**<br>ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1890 Suncast Lane**<br>**Batavia, IL 60510** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **PMI Systems, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>**PMI Systems, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** **/s/ William J. Factor**<br>Signature of Attorney for Debtor(s)<br><br>**William J. Factor 6205675**<br>Printed Name of Attorney for Debtor(s)<br><br>**The Law Office of William J. Factor, Ltd.**<br>Firm Name<br><br>**1363 Shermer Rd.**<br>**Suite 224**<br>**Northbrook, IL 60062**<br>Address<br><br>**Email: wfactor@wfactorlaw.com**<br>**847-239-7248 Fax: 847-574-8233**<br>Telephone Number<br><br>**February 24, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Dwayne Barlow**<br>Signature of Authorized Individual<br><br>**Dwayne Barlow**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**February 24, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **PMI Systems, Inc.**                                               Case No.
                                     Debtor(s)                             Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AFLP LLC**<br>844 E. ROCKLAND RD.<br>LIBERTYVILLE, IL 60510 | **AFLP LLC**<br>844 E. ROCKLAND RD.<br>LIBERTYVILLE, IL 60510 | | | 8,066.25 |
| **AIRPORT LIGHTING CO**<br>108 FAIRGROUNDS DRIVE<br>MANLIUS, NY 13104-2416 | **AIRPORT LIGHTING CO**<br>108 FAIRGROUNDS DRIVE<br>MANLIUS, NY 13104-2416 | | | 9,211.45 |
| **ANIXTER BROTHERS, INC.**<br>PO Box 847428<br>Dallas, TX 75284-7428 | **ANIXTER BROTHERS, INC.**<br>PO Box 847428<br>Dallas, TX 75284-7428 | | | 10,821.00 |
| **ANSALDO STS**<br>645 RUSSELL ST.<br>BATESBURG, SC 29006 | **ANSALDO STS**<br>645 RUSSELL ST.<br>BATESBURG, SC 29006 | | | 13,997.31 |
| **BRIGHTON MOUNTAIN LLC** | **BRIGHTON MOUNTAIN LLC** | | | 136,400.00 |
| **BROWN TRAFFIC PRODUCTS**<br>736 FEDERAL ST., Suite 2312<br>DAVENPORT, IA 52803 | **BROWN TRAFFIC PRODUCTS**<br>736 FEDERAL ST., Suite 2312<br>DAVENPORT, IA 52803 | | | 175,455.00 |
| **CG AUTOMATION SOLUTIONS**<br>60 FADEM ROAD<br>SPRINGFIELD, NJ 07081 | **CG AUTOMATION SOLUTIONS**<br>60 FADEM ROAD<br>SPRINGFIELD, NJ 07081 | | | 309,844.00 |
| **DENKER & MUSCARELLO**<br>4N701 School Rd.<br>St. Charles, IL 60175 | **DENKER & MUSCARELLO**<br>4N701 School Rd.<br>St. Charles, IL 60175 | | | 123,472.30 |
| **ERM**<br>703 CHILDS STREET<br>WHEATON, IL 60187 | **ERM**<br>703 CHILDS STREET<br>WHEATON, IL 60187 | | | 133,726.28 |
| **FEDERATED INSURANCE COMPANY**<br>PO Box 64304<br>St. Paul, MN 55164-0304 | **FEDERATED INSURANCE COMPANY**<br>PO Box 64304<br>St. Paul, MN 55164-0304 | | | 16,256.86 |
| **LB FOSTER**<br>125 WINDSOR DR SUITE 122<br>OAK BROOK, IL 60523 | **LB FOSTER**<br>125 WINDSOR DR SUITE 122<br>OAK BROOK, IL 60523 | | | 50,136.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **PMI Systems, Inc.**  
　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MAK LEASING INC.<br>12300 NEW AVE.<br>LEMONT, IL 60439 | MAK LEASING INC.<br>12300 NEW AVE.<br>LEMONT, IL 60439 | | | 10,075.01 |
| MYERS CONTROLLED POWER, LLC<br>219 EAST MAPLE STREET<br>NORTH CANTON, OH 44720 | MYERS CONTROLLED POWER, LLC<br>219 EAST MAPLE STREET<br>NORTH CANTON, OH 44720 | | | 2,321,649.00 |
| NATIONAL TECHNOLOGIES<br>2740 BEVERLY DRIVE<br>AURORA, IL 60502 | NATIONAL TECHNOLOGIES<br>2740 BEVERLY DRIVE<br>AURORA, IL 60502 | | | 12,564.00 |
| NORMANDY MACHINE CO. INC.<br>815 EAST CHERRY ST<br>TROY, MO 63379 | NORMANDY MACHINE CO. INC.<br>815 EAST CHERRY ST<br>TROY, MO 63379 | | | 21,377.96 |
| RENTAL PLUS<br>124 N SCHMALE RD<br>CAROL STREAM, IL 60188-2199 | RENTAL PLUS<br>124 N SCHMALE RD<br>CAROL STREAM, IL 60188-2199 | | | 66,548.65 |
| SADNICK WELDING SERVICE LLC<br>21912 IL HWY 89<br>ARLINGTON, IL 61312 | SADNICK WELDING SERVICE LLC<br>21912 IL HWY 89<br>ARLINGTON, IL 61312 | | | 26,317.12 |
| SPOERL HOLDINGS, LTD. | SPOERL HOLDINGS, LTD. | | | 270,000.00 |
| STEVE SPOERL<br>6 Squires Lane<br>Saint Charles, IL 60174 | STEVE SPOERL<br>6 Squires Lane<br>Saint Charles, IL 60174 | Loans | | 315,000.00 |
| WILLIAMS, GEORGE* | WILLIAMS, GEORGE* | | | 15,852.33 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 24, 2014**　　　　Signature **/s/ Dwayne Barlow**  
　　　　　　　　　　　　　　　　　　　　　　　　**Dwayne Barlow**  
　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
AFLP LLC
844 E. ROCKLAND RD.
LIBERTYVILLE, IL 60510


AIRPORT LIGHTING CO
108 FAIRGROUNDS DRIVE
MANLIUS, NY 13104-2416


AMERICAN FIRST AID
784 CHURCH ROAD
ELGIN, IL 60123


ANIXTER BROTHERS, INC.
PO Box 847428
Dallas, TX 75284-7428


ANSALDO STS
645 RUSSELL ST.
BATESBURG, SC 29006


ASSOCIATED PENSION SERVICES INC
601 CAMPUS DR SUITE B4
ARLINGTON HEIGHTS, IL 60004


at&t 761-0381
PO Box 8100
Aurora, IL 60507-8100


at&t 761-5000
PO Box 8100
Aurora, IL 60507-8100


BATAVIA, THE CITY OF
100 N. ISLAND AVE
BATAVIA, IL 60510-1972


BATTERIES PLUS
352 S. RANDALL RD.
ELGIN, IL 60123-4606


BATTERY SERVICE CORP
410 S. EVERGREEN ST.
BENSENVILLE, IL 60106
```

BRIGHTON MOUNTAIN  LLC


BROWN TRAFFIC PRODUCTS
736 FEDERAL ST., Suite 2312
DAVENPORT, IA 52803


BUCHNER HEATING, AIR & PLUMBING
2116 WEST GALENA BLVD
AURORA, IL 60506


CEMBRE
RARITAN CENTER BUSINESS PARK
EDISON, NJ 08837


CG AUTOMATION SOLUTIONS
60 FADEM ROAD
SPRINGFIELD, NJ 07081


CLAIMS MANAGEMENT RESOURCES
PO BOX 60770
OKLAHOMA CITY, OK 73146


CONCENTRA
OCCUPATIONAL HEALTH CENTER OF IL, P.C.
LOMBARD, IL 60148-0488


COUNTRY GAS COMPANY
PO BOX 269
WASCO, IL 60183


CRESCENT ELECTRIC SUPPLY COMPANY
PO BOX 500
EAST DUBUQUE, IL 61025-4420


DENKER & MUSCARELLO
4N701 School Rd.
St. Charles, IL 60175


DEUTSCHE'S TRUCK & DIESEL REPAIR INC.
625 W Roosevelt Rd.
West Chicago, IL 60185

```
DITCH WITCH MIDWEST
124 N. SCHMALE RD.
CAROL STREAM, IL 60188


DREYER MEDICAL CLINIC
PO BOX 105173
ATLANTA, GA 30348-5173


ELMHURST-CHICAGO STONE COMPANY
P.O. Box 57
Elmhurst, IL 60126-0057


ERM
703 CHILDS STREET
WHEATON, IL 60187


FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987-0978


FEDERATED INSURANCE COMPANY
PO Box 64304
St. Paul, MN 55164-0304


First Community Bank of Joliet
2728 W 75th Street
Naperville, IL 60564


FOX VALLEY FIRE & SAFETY
2730 Pinnacle Drive
Elgin, IL 60124


GOLF & BUSSE TOWING/RECOVERY
26 W. 321 ST. CHARLES RD.
CAROL STREAM, IL 60188


GROOT INDUSTRIES INC.
PO BOX 309
ELK GROVE VLG, IL 60009


Ground Hog Utility Construction
51 Monaco Dr.
Roselle, IL 60172
```

```
HAMPTON, LENZINI & RENWICK, INC.
380 SHEPARD DR
ELGIN, IL 60123-7010


HAWK ENTERPRISES
1850 E. NORTH ST.
CROWN POINT, IN 46307


IBEW LOCAL 701 FRINGE BENEFIT FUND
PO Box 809098
Chicago, IL 60680-9098


ICE MOUNTAIN
PO BOX 856680
LOUISVILLE, KY 40285-6680


LB FOSTER
125 WINDSOR DR SUITE 122
OAK BROOK, IL 60523


MAK LEASING INC.
12300 NEW AVE.
LEMONT, IL 60439


MAN STORE, THE
PO BOX 1098
OSWEGO, IL 60543


MCNAMEE TAX SERVICES



MEADE ELECTRIC COMPANY, INC.
PO Box 74631
Chicago, IL 60675-4631


MIDWEST OCCUPATIONAL HEALTH M.S.
PO BOX 2232
AURORA, IL 60507


MILLENNIUM TECHNOLOGY PARTNERS
N1886 HWY 120
LAKE GENEVA, WI 53147
```

```
MIRK INCORPORATED
7629 CHIPPEWA RD.
ORRVILLE, OH 44667


MYERS CONTROLLED POWER, LLC
219 EAST MAPLE STREET
NORTH CANTON, OH 44720


NATIONAL LIFT TRUCK INC.
Dept. 20-3016
Carol Stream, IL 60197-5977


NATIONAL TECHNOLOGIES
2740 BEVERLY DRIVE
AURORA, IL 60502


NECA
31W007 North Ave., Suite 100
West Chicago, IL 60185


NICOR
PO BOX 416
AURORA, IL 60568-0001


NORMANDY MACHINE CO. INC.
815 EAST CHERRY ST
TROY, MO 63379


O'LEARY'S CONTRACTORS EQUIPMENT & SUPPLY
1031 N CICERO AVE
CHICAGO, IL 60651


OFFICE WORKS, THE
5 E. MAIN ST.
PLANO, IL 60545


PATTEN INDUSTRIES, INC.
635 W, LAKE ST.
ELMHURST, IL 60126


POWER EQUIPMENT LEASING CO
605 ANDERSON DRIVE
ROMEOVILLE, IL 60446
```

PRUDENTIAL

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

RENTAL MAX
908 E. Roosevelt Rd.
Wheaton, IL 60187

RENTAL PLUS
124 N SCHMALE RD
CAROL STREAM, IL 60188-2199

RICK'S TOWING & RECOVERY
810 GETTY AVE.
ELGIN, IL 60120

ROADWAY TOWING
1600 N LA FOX
S ELGIN, IL 60177

SADNICK WELDING SERVICE LLC
21912 IL HWY 89
ARLINGTON, IL 61312

SAFETY COMPLIANCE ALERT
370 TECHNOLOGY DRIVE
MALVERN, PA 19355

SAFETY SUPPLY OF IL
1055 Kingsland Dr.
Batavia, IL 60510

SPOERL HOLDINGS, LTD.

STEINER ELECTRIC COMPANY
2665 Paysphere Circle
Chicago, IL 60674

Steve and Dwayne

```
STEVE SPOERL
6 Squires Lane
Saint Charles, IL 60174


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211


SUNRISE ELECTRIC SUPPLY CO.
130 S. Addison Rd.
Addison, IL 60101


TRAFFIC CONTROL CORPORATION
75 Remittance Drive
Chicago, IL 60675-3052


US GAS
11618 S. MAYFIELD
ALSIP, IL 60803


VALLEY LOCK CO.
1450 WEST MAIN ST STE B
ST CHARLES, IL 60174


VERIZON
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505


WILLIAMS, GEORGE*


WINKLE ENVIRONMENTAL SERVICES
PO BOX 636
BOURBONNAIS, IL 60914


WOODHAVEN UTILITY FUND


WORK ZONE SAFETY, INC
17051 GAYLORD RD
CREST HILL, IL 60403


WRIGHT EXPRESS FLEET SERVICES
```

```
                ZIMMERMAN FORD INC
                2525 EAST MAIN ST.
                ST. CHARLES, IL 60174
```

Case 14-05988    Doc 1    Filed 02/24/14    Entered 02/24/14 14:26:42    Desc Main
                     Document      Page 13 of 14
PMI Systems, Inc. -  Page 8 of 9

# United States Bankruptcy Court
## Northern District of Illinois

In re **PMI Systems, Inc.**　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PMI Systems, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 24, 2014** | **/s/ William J. Factor** |
| Date | **William J. Factor 6205675** |
| | Signature of Attorney or Litigant |
| | Counsel for **PMI Systems, Inc.** |
| | **The Law Office of William J. Factor, Ltd.** |
| | **1363 Shermer Rd.** |
| | **Suite 224** |
| | **Northbrook, IL 60062** |
| | **847-239-7248 Fax:847-574-8233** |
| | **wfactor@wfactorlaw.com** |