# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| PMI SYSTEMS, INC., | BANKRUPTCY NO. 14-5988 |
| DEBTOR. | HONORABLE CAROL A. DOYLE |
| | HRG DATE: 9/24/15 |
| | HEARING TIME: 10:00 A.M. |

## NOTICE OF MOTION

**Please take notice** that on **September 24, 2015, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the **Reorganized Debtor's Motion for Entry of Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you.

Dated: September 17, 2015       PMI SYSTEMS. INC., the Reorganized Debtor

By: /s/ Sara E. Lorber
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233

{00041648}

## CERTIFICATE OF SERVICE

    I, Sara E. Lorber, an attorney, hereby certify that on September 17, 2015, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List below.

                                                                    /s/ Sara E. Lorber

# SERVICE LIST

**Registrants**

(Served Via CM/ECF)

- Mark A Carter — mac@ag-ltd.com, lhope@ag-ltd.com
- Brian M. Dougherty — bmd@gsrnh.com, kam@gsrnh.com
- William J Factor — wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com
- David Paul Holtkamp — dholtkamp@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com dholtkamp@ecf.inforuptcy.com
- Gina B Krol — gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
- Patrick S Layng — USTPRegion11.ES.ECF@usdoj.gov
- Douglas R Lindstrom — dlindstrom@l-wlaw.com, cthode@l-wlaw.com
- John R Potts — ryan@brotschulpotts.com

{00041648}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-05988<br>Northern District of Illinois<br>Chicago<br>Thu Sep 17 13:42:20 CDT 2015 | Ditch Witch Midwest<br>c/o Gina B. Krol<br>Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | Divane Bros. Electric Co.<br>Adelman & Gettleman, Ltd.<br>53 West Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3786 |
| Electrical Resource Management, Inc.<br>SmithAmundsen LLC<br>c/o John Collen<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601-6004 | First Community Financial Bank<br>2801 Black Road<br>Joliet, Il 60435-2929 | Groundhog Utility Construction, Inc.<br>51 Monaco Drive<br>Roselle, IL 60172-1956 |
| Henkels & McCoy, Inc.<br>SmithAmundsen LLC<br>c/o John Collen<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601-6004 | PMI Systems, Inc.<br>1890 Suncast Lane<br>Batavia, IL 60510-1516 | Work Zone Safety, Inc.<br>17051 Gaylord Road<br>Crest Hill, IL 60403-1515 |
| | (NICOR) Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 | AFLP LLC<br>844 E. ROCKLAND RD.<br>LIBERTYVILLE, IL 60048-3358 |
| AFLP LLC<br>Gene Huebner<br>844 E Rockland Road<br>Libertyville IL 60048-3358 | AIRPORT LIGHTING CO<br>108 FAIRGROUNDS DRIVE<br>MANLIUS, NY 13104-2530 | AMERICAN FIRST AID<br>784 CHURCH ROAD<br>ELGIN, IL 60123-9306 |
| ANIXTER BROTHERS, INC.<br>PO Box 847428<br>Dallas, TX 75284-7428 | ANSALDO STS<br>645 RUSSELL ST.<br>BATESBURG, SC 29006-1828 | ASSOCIATED PENSION SERVICES INC<br>601 CAMPUS DR SUITE B4<br>ARLINGTON HEIGHTS, IL 60004-7800 |
| Advantax Group LLC<br>200 West River Drive<br>St. Charles, IL 60174-5535 | Al Bartosik<br>7100 Birch St.<br>Bridgeview, IL 60455-2202 | Aldridge Electric, Inc.<br>844 E. Rockland Rd.<br>Libertyville, IL 60048-3358 |
| BATAVIA, THE CITY OF<br>100 N. ISLAND AVE<br>BATAVIA, IL 60510-1972 | BATTERIES PLUS<br>352 S. RANDALL RD.<br>ELGIN, IL 60123-5525 | BATTERY SERVICE CORP<br>410 S. EVERGREEN ST.<br>BENSENVILLE, IL 60106-2597 |
| BRIGHTON MOUNTAIN LLC<br>6 Squire Lane<br>Saint Charles, IL 60174-1413 | BROWN TRAFFIC PRODUCTS<br>c/o Lane Waterman LLP<br>220 N. Main St., Ste. 600<br>Davenport, IA 52801-1953 | BUCHNER HEATING, AIR & PLUMBING<br>2116 WEST GALENA BLVD<br>AURORA, IL 60506-3684 |
| Ben Garrett<br>1532 Tiree Court<br>Flossmoor, IL 60422-4325 | Brighton Mountain<br>1890 Suncast Lane<br>Batavia, IL 60510-1516 | Brown Traffic Systems Inc.<br>736 Federal Street<br>Davenport IA 52803-5751 |

| | | |
|---|---|---|
| C.W. Olson & Company, Inc<br>1701 Golf Rd.<br>Tower 3, 7th FL<br>Rolling Meadows, IL 60008-4267 | CEMBRE<br>RARITAN CENTER BUSINESS PARK<br>EDISON, NJ 08837 | CG AUTOMATION SOLUTIONS<br>60 FADEM ROAD<br>SPRINGFIELD, NJ 07081-3116 |
| CG Automation<br>60 Fadem Rd<br>Springfield, NJ 07081-3116 | CLAIMS MANAGEMENT RESOURCES<br>PO BOX 60770<br>OKLAHOMA CITY, OK 73146-0770 | CONCENTRA<br>OCCUPATIONAL HEALTH CENTER OF IL, P.C.<br>LOMBARD, IL 60148-0488 |
| COUNTRY GAS COMPANY<br>PO BOX 269<br>WASCO, IL 60183-0269 | CRESCENT ELECTRIC SUPPLY COMPANY<br>PO BOX 500<br>EAST DUBUQUE, IL 61025-4420 | Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Chris Inman<br>20 Hilltop Dr.<br>Bourbonnais, IL 60914-1012 | Commonwealth Edison Company<br>Three Lincoln Center<br>Villa Park, IL 60181-4204 | DENKER & MUSCARELLO<br>4N701 School Rd.<br>St. Charles, IL 60175-6508 |
| DEUTSCHE'S TRUCK & DIESEL REPAIR INC.<br>625 W Roosevelt Rd.<br>West Chicago, IL 60185-4812 | DITCH WITCH MIDWEST<br>124 N. SCHMALE RD.<br>CAROL STREAM, IL 60188-2199 | DREYER MEDICAL CLINIC<br>PO BOX 105173<br>ATLANTA, GA 30348-5173 |
| Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Ditch Witch Midwest<br>aka Rentals Plus<br>c/o Ms. Gina B. Krol<br>105 w. Madison St., Ste. 1100<br>Chicago, IL 60602-4600 | Divane Bros. Electric Co.<br>Mark A. Carter, Esq.<br>Adelman & Gettlemen, Ltd.<br>53 W. Jackson Boulevard, Suite 1050<br>Chicago, IL 60604-3786 |
| Dwayne Barlow<br>Baldi Berg, Ltd.<br>20 N. Clark, Suite 200<br>Chicago, IL 60602-4120 | ELMHURST-CHICAGO STONE COMPANY<br>P.O. Box 57<br>Elmhurst, IL 60126-0057 | ERM<br>703 CHILDS STREET<br>WHEATON, IL 60187-4808 |
| Electrical Resource Management, Inc.<br>c/o John Collen<br>SmithAmundsen LLC<br>150 N. Michigan Avenue, Suite 3300<br>Chicago, IL 60601-6004 | FASTENAL COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978 | FEDERATED INSURANCE COMPANY<br>PO Box 64304<br>St. Paul, MN 55164-0304 |
| FOX VALLEY FIRE & SAFETY<br>2730 Pinnacle Drive<br>Elgin, IL 60124-7943 | Fastenal Company<br>2001 Theurer Blvd.<br>Winona, MN 55987-9902 | First Community Bank of<br>Joliet<br>2801 Black Rd.<br>Joliet, IL 60435-2929 |
| First Community Bank of Joliet<br>24 W. Gartner Rd., Suite 104<br>Naperville, IL 60540-7551 | First Community Financial Bank successor by<br>merger with 1st Community Bank of Joliet<br>Brotschul Potts LLC,<br>c/o J. Ryan Potts<br>230 W. Monroe Street Suite 230<br>Chicago, Illinois 60606-4736 | GOLF & BUSSE TOWING/RECOVERY<br>26 W. 321 ST. CHARLES RD.<br>CAROL STREAM, IL 60188 |

GROOT INDUSTRIES INC.
PO BOX 309
ELK GROVE VLG, IL 60009-0309

George Williams
3811 Royal Dornach Ct.
Naperville, IL 60564-8004

Ground Hog Utility Construction
51 Monaco Dr.
Roselle, IL 60172-1956

HAMPTON, LENZINI & RENWICK, INC.
380 SHEPARD DR
ELGIN, IL 60123-7010

HAWK ENTERPRISES
1850 E. NORTH ST.
CROWN POINT, IN 46307-8566

Henkels & McCoy, Inc.
William S. Hackney
SmithAmundsen LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601-6004

IBEW #196
1829 Suncast Ln.
Batavia, IL 60510-1518

IBEW #461
591 Sullivan Rd.
Ste. 100
Aurora, IL 60506-1473

IBEW #9
4415 W. Harrison St.
Ste. 330
Hillside, IL 60162-1905

IBEW LOCAL 701 FRINGE BENEFIT FUND
PO Box 809098
Chicago, IL 60680-9098

IBEW Local 461 Fringe Benefit Funds
c/o Cecilia M. Scanlon/Baum Sigman Auerb
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

ICE MOUNTAIN
PO BOX 856680
LOUISVILLE, KY 40285-6680

Illinois Bell Telephone Company
%Karen A. Cavagnaro- Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Empt. Sec.
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680-4385

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JH Botts, LLC
253 E. Bruce St.
Joliet, IL 60432-1281

Kevin Keating
2912 George
Franklin Park, IL 60131-2481

Kevin Shaffrey
2600 Spinnaker Dr.
Aurora, IL 60503-5692

LB FOSTER
125 WINDSOR DR SUITE 122
OAK BROOK, IL 60523-4087

Local Union No. 9, IBEW Fringe Benefit Funds
Richard A Toth, Daley and Georges Ltd.
20 S. Clark St., Suite 400
Chicago, IL 60603-1835

MAK LEASING INC.
12300 NEW AVE.
LEMONT, IL 60439-2609

MAN STORE, THE
PO BOX 1098
OSWEGO, IL 60543-1098

MEADE ELECTRIC COMPANY, INC.
PO Box 74631
Chicago, IL 60675-4631

MIDWEST OCCUPATIONAL HEALTH M.S.
PO BOX 2232
AURORA, IL 60507-2232

MILLENNIUM TECHNOLOGY PARTNERS
N1886 HWY 120
LAKE GENEVA, WI 53147-4363

MIRK INCORPORATED
7629 CHIPPEWA RD.
ORRVILLE, OH 44667-9016

MYERS CONTROLLED POWER, LLC
219 EAST MAPLE STREET
NORTH CANTON, OH 44720-2586

Martam Construction, Inc.
1200 Gasket Dr.
Elgin, IL 60120-7305

| | | |
|---|---|---|
| Meade Inc<br>9550 W 55th Street Suite A<br>McCook IL 60525-3641 | Mike Hoffman<br>306 Harmony<br>North Aurora, IL 60542-1550 | Mooseheart Child City & School<br>155 S. International Dr.<br>Mooseheart, IL 60539-1169 |
| Myers Controlled Power, LLC<br>219 E. Maple Street, Ste. 100/200E<br>North Canton, OH 44720-2586 | Myers Controlled Power, LLC<br>c/o Tom Rothenberger<br>2950 E. Philadelphia Street<br>Ontario, CA 91761-8545 | NATIONAL LIFT TRUCK INC.<br>Dept. 20-3016<br>Carol Stream, IL 60197-5977 |
| NATIONAL TECHNOLOGIES, NTI<br>2740 BEVERLY DRIVE, UNIT D<br>AURORA, IL 60502-8606 | NECA<br>31W007 North Ave., Suite 100<br>West Chicago, IL 60185-1090 | NECA - Northeastern Illinois Chapte<br>31W007 N. Ave.<br>West Chicago, IL 60185-1090 |
| NICOR<br>PO BOX 416<br>AURORA, IL 60568-0001 | NORMANDY MACHINE CO. INC.<br>815 EAST CHERRY ST<br>TROY, MO 63379-1415 | O'LEARY'S CONTRACTORS EQUIPMENT &<br>1031 N CICERO AVE<br>CHICAGO, IL 60651-3202 |
| OFFICE WORKS, THE<br>5 E. MAIN ST.<br>PLANO, IL 60545-1521 | Occupational Health Centers<br>POB 488<br>Lombard, IL 60148-0488 | PATTEN INDUSTRIES, INC.<br>635 W, LAKE ST.<br>ELMHURST, IL 60126-1465 |
| PMI Energy Solutions, LLC<br>1890 Suncast Lane<br>Batavia, IL 60510-1516 | POWER EQUIPMENT LEASING CO<br>605 ANDERSON DRIVE<br>ROMEOVILLE, IL 60446-1687 | PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 |
| Pitney Bowes Global Financial Services LLC<br>4901 Belfort Road, Ste 120<br>Jacksonville, FL 32256-6016 | Prudential Insurance Company<br>PO Box 7390<br>Philadelphia, PA 19176-7390 | RENTAL MAX<br>908 E. Roosevelt Rd.<br>Wheaton, IL 60187-5651 |
| RICK'S TOWING & RECOVERY<br>810 GETTY AVE.<br>ELGIN, IL 60120 | ROADWAY TOWING<br>1600 N LA FOX<br>S ELGIN, IL 60177-1248 | Rental Plus<br>124 N. Schmale Rd.<br>Carol Stream, IL 60188-2151 |
| Rte 34 Industrial Services Inc.<br>DBA The Man Store<br>PO Box 1098<br>Oswego IL 60543-1098 | SADNICK WELDING SERVICE LLC<br>Patrick W. Carothers, Esq.<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Fl.<br>Pittsburgh, PA 15219-1728 | SAFETY COMPLIANCE ALERT<br>370 TECHNOLOGY DRIVE<br>MALVERN, PA 19355-1315 |
| SAFETY SUPPLY OF IL<br>1055 Kingsland Dr.<br>Batavia, IL 60510-2290 | SPOERL HOLDINGS, LTD.<br>6 Squire Ln<br>Saint Charles, IL 60174-1413 | STEINER ELECTRIC COMPANY<br>2665 Paysphere Circle<br>Chicago, IL 60674-0026 |

| | | |
|---|---|---|
| STEVE SPOERL<br>6 Squire Lane<br>Saint Charles, IL 60174-1413 | STEVE SPOERL<br>6 Squires Lane<br>Saint Charles, IL 60174-1413 | STEVEN H. SPOERL<br>Baldi Berg, Ltd.<br>20 N. Clark, Suite 200<br>Chicago, IL 60602-4120 |
| SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA, GA 30384-9211 | SUNRISE ELECTRIC SUPPLY CO.<br>130 S. Addison Rd.<br>Addison, IL 60101-3865 | Scot Harper<br>8 University Ct.<br>Bullalo Grove, IL 60089-4338 |
| Spoerl Holdings Ltd.<br>1890 Suncast Ln<br>Batavia, IL 60510-1516 | TRAFFIC CONTROL CORPORATION<br>75 Remittance Drive<br>Chicago, IL 60675-3052 | The Man Store<br>PO BOX 1098<br>OSWEGO, IL 60543-1098 |
| Travelers Casualty and Surety Compa<br>1 Tower Square<br>Hartford, CT 06183-0001 | Trice Construction Company<br>438 W. 43rd St.<br>Chicago, IL 60609-2715 | U S Small Business Administration<br>c/o Kate O'Loughlin<br>500 W Madison St., #1150<br>Chicago, IL 60661-2566 |
| U.S. Small Business<br>Administration<br>Illinois District Office<br>500 W. Madison, Suite 1150<br>Chicago, IL 60661-2566 | US GAS<br>11618 S. MAYFIELD<br>ALSIP, IL 60803-6010 | VALLEY LOCK CO.<br>1450 WEST MAIN ST STE B<br>ST CHARLES, IL 60174-1679 |
| VERIZON<br>PO BOX 25505<br>LEHIGH VALLEY, PA 18002-5505 | WEX, Inc.<br>225 Gorham Rd.<br>South Portland, ME 04106-2408 | WINKLE ENVIRONMENTAL SERVICES<br>PO BOX 636<br>BOURBONNAIS, IL 60914-0636 |
| WOODHAVEN UTILITY FUND<br>507 LaMoille Rd.<br>Sublette, IL 61367-6700 | Work Zone Safety, Inc<br>c/o Brian M Dougherty<br>835 McClintock Dr Second Floor<br>Burr Ridge, IL 60527-0859 | ZIMMERMAN FORD INC<br>2525 EAST MAIN ST.<br>ST. CHARLES, IL 60174-2410 |
| at&t 761-0381<br>PO Box 8100<br>Aurora, IL 60507-8100 | | |
| Internal Revenue Service<br>230 South Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Thomas E Springer<br>Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187-4547 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| PMI SYSTEMS, INC., | BANKRUPTCY NO. 14-5988 |
| DEBTOR. | HONORABLE CAROL A. DOYLE |
| | HRG DATE: 9/24/15 |
| | HEARING TIME: 10:00 A.M. |

**REORGANIZED DEBTOR'S MOTION**
**FOR ENTRY OF FINAL DECREE**
**AND ORDER CLOSING CHAPTER 11 CASE**

1.  Because the bankruptcy estate in this case has been fully administered, PMI Systems, Inc. (the "*Reorganized Debtor*") seeks entry of a final decree and order closing this chapter 11 case.

### BACKGROUND

2.  On February 24, 2014 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.  The Reorganized Debtor is an Illinois corporation located in Batavia, Illinois, that is in the business of electrical construction and maintenance. The Debtor focuses on performing construction, installations, and maintenance of traffic signals, street lights, fiber optics, directions boring, and railroad projects.

4.  PMI systems filed its Plan of Reorganization dated June 24, 2014, and related Disclosure Statement. A First Amended Plan of Reorganization dated June 24, 2014 (the "*Plan*"), and related Disclosure Statement (the "*Disclosure Statement*") were filed on July 31, 2014 (as part of ECF No. 74).

{00041648}

5. On August 21, 2014, this Court entered an order confirming the Plan and approving the Disclosure Statement (the "**Confirmation Order**"). *See* ECF No. 101.

6. On December 22, 2014, the Reorganized Debtor filed a Motion to Amend the Confirmation Order so that the order confirming the Plan would clearly reflect that Reorganized Debtor received a discharge as a result of plan confirmation. This clarification was necessary so that the Reorganized Debtor could obtain post-confirmation credit.

7. Consequently, on January 1, 2015, the Court entered an Amended Order Approving Disclosure Statement, Confirming Plan, and Granting Discharge (the "**Confirmation Order**"). *See* ECF No. 119.

8. The Effective Date[1] of the Plan was September 6, 2014, and the Confirmation Order is a final order. In addition, the property of the bankruptcy estate in this case has vested in the Reorganized Debtor, which has been operating the debtor's business since the Plan's Effective Date.

9. The Plan requires that the Reorganized Debtor make the following payments or take the following actions following the Plan's Effective Date:

---

[1] Unless otherwise specified, all capitalized terms used herein shall have the meaning ascribed thereto in the Plan.

{00041648}                                        2

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of payments |
|---|---|---|---|
| U.S. trustee fees. | U.S. trustee. | Paid quarterly. | The Reorganized Debtor paid U.S. trustee fees assessed through the filing of this motion and will pay the remaining fees once the final fees due have been calculated. |
| Unclassified administrative expense claims. | • Professionals retained in the case.[2] | • Paid pursuant to agreement between claimants and Reorganized Debtor. | • Allowed claims paid in full |
|  | • Ordinary course trade vendors. | • Claims to be paid in the ordinary course of business. | • Paid in the ordinary course of business. |
| Unclassified priority tax claims. | Illinois Department of Revenue and Internal Revenue Service | Allowed claims to be paid in full with interest in 48 equal monthly cash payments commencing in October of 2014, and ending in October of 2018, unless prepaid. | All payments required to date have been made. |
| Class 1 | Primarily employees owed wages earned within 180 days of the Petition Date. | Allowed claims to be paid in full with interest in 48 equal monthly cash payments commencing in October of 2014 and ending in October of 2018. | All payments required to date have been made. |

---

[2] Professionals retained in this case include The Law Office of William J. Factor, Ltd. (the Debtor's bankruptcy counsel), and Richard McNamee (the Debtor's financial advisor and accountant).

{00041648}    3

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of payments |
|---|---|---|---|
| Class 2 | Claim of First Community Financial Bank | The Reorganized Debtor will contribute its Annual Cash Flow to the Unsecured Creditor Trust on April 15 for years 2015, 2016 and 2017, with the first contribution being made on April 15, 2016. Holders of Allowed Class 2 and Class 3 Claims will receive annual pro rata distributions on May 15, 2016, May 15, 2017 and May 15, 2018. | No distributions have been required or made from the Trust. |
| Class 3 | Allowed Unsecured Claims | The Reorganized Debtor will contribute its Annual Cash Flow to the Unsecured Creditor Trust on April 15 for years 2015, 2016 and 2017, with the first contribution being made on April 15, 2016. Holders of Allowed Class 2 and Class 3 Claims will receive annual pro rata distributions on May 15, 2016, May 15, 2017 and May 15, 2018. | No distributions have been required or made from the Trust. |
| Class 4. | Owners of the PMI Systems, Inc. | Retain equity interests in the Reorganized Debtor. | Retained equity interests. |

10. Finally, there are no pending matters left for this Court to address.

{00041648}                                    4

## DISCUSSION

11. "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022; *accord* 11 U.S.C. § 350(a).

12. The Bankruptcy Code and Rules do not define when an estate is fully administered, so courts "should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *accord In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990).

13. The factors considered include: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters, and adversary proceedings have been finally resolved. Fed. R. Bankr. P. 3022 Advisory Note.

14. Whether or not there is a possibility that a court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350(a). *Id.*

15. Here, the applicable factors are largely satisfied and the Reorganized Debtor's case has been finally administered. Specifically, (a) the order confirming the Plan is final, (b) the Reorganized Debtor has assumed responsibility for the property to be dealt with under the Plan, (c) all payments thus far required by the Plan have been made, and (d) all motions, contested matters, and adversary proceedings have been resolved.

16.  There is therefore no further need for supervision by this Court. (And in the unlikely event that an issue does arise, this Court retains jurisdiction under article 12 of the Plan to resolve that issue.)

## NOTICE

17.  Seven days' notice of this motion has been provided to: (a) the Reorganized Debtor; (b) the United States trustee; (c) the Debtor's creditors; and (d) any other party that has filed an appearance or requested notice in the case. The Reorganized Debtor submits that, under the circumstances, such Notice is adequate and that no further notice is required.

**Wherefore**, the Reorganized Debtor respectfully requests that the Court enter a final decree and order closing the case, and grant such further relief as is appropriate under the circumstances.

Dated: September 17, 2015

Respectfully submitted,

PMI SYSTEMS. INC., the Reorganized Debtor

By: /s/ Sara E. Lorber
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        jpaulsen@wfactorlaw.com

{00041648}                                6