UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-05988 |
| PMI SYSTEMS, INC., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

    Upon the Motion for Entry of a Final Decree Under 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022 Closing Chapter 11 Case (the "Motion") filed by Reorganized PMI Systems, Inc., this Court having jurisdiction over the matters set forth in the Motion and it appearing that notice of the Motion was appropriate under the circumstances and that no further notice is required, and it appearing that good and sufficient cause exists to grant the relief requested in the Motion; IT IS HEREBY ORDERED THAT:

1. The Motion for final decree is granted; and

2. The Clerk of the Court is directed to close the captioned Chapter 11 case.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated:  September 28, 2015

**Prepared by:**